1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ARMANDO ZEPEDA ACEVEDO,                No.  2:21-cv-0524 KJM KJN P

12                 Plaintiff,

13          v.                               ORDER

14    UNKNOWN,

15                 Defendant.

16

17          Plaintiff is a county jail inmate proceeding pro se.  On March 22, 2021, plaintiff filed a

18    letter, and this civil rights action seeking relief under 42 U.S.C. § 1983 was opened.  The matter

19    was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and

20    Local Rule 302.

21          On May 4, 2021, the magistrate judge filed findings and recommendations, which were

22    served on plaintiff and which contained notice to plaintiff that any objections to the findings and

23    recommendations were to be filed within fourteen days.  Plaintiff has not filed objections to the

24    findings and recommendations.

25          Although it appears from the file that plaintiff's copy of the findings and

26    recommendations was returned, plaintiff was properly served.  It is the plaintiff's responsibility to

27    keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service

28    of documents at the record address of the party is fully effective.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 4, 2021, are adopted in full; and

2. This action is dismissed without prejudice. *See* Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: July 6, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE